IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARLENE Y. CALLADO,

    Plaintiff,

v.                                                                                   CIV 09-00818 KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (EAJA). *Doc. 24*. In his response, the Commissioner does not object to the amount requested. *See Doc. 25*. He does, however, insist that the Court direct payment of the EAJA award to the Plaintiff pursuant to the Tenth Circuit's decision in *Manning v. Astrue,* 510 F.3d 1246 (10th Cir. 2007). Plaintiff's counsel advised the Court that he would not be filing a reply. Having reviewed the motion and memorandum, I find an award of attorney fees is appropriate and that the amount requested is reasonable.

    Wherefore,

    **IT IS HEREBY ORDERED** that the motion is GRANTED and Plaintiff is awarded $ 6,993.51 for attorney fees under EAJA for the work performed by her attorney in this case.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE